O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK DUFFEY,                          )          CASE NO. 10-06426 RZ
                                         )
                    Plaintiff,           )
                                         )          JUDGMENT OF REMAND
          vs.                            )
                                         )
MICHAEL J. ASTRUE, Commissioner          )
of Social Security,                      )
                                         )
                    Defendant.           )
_____         )


          In accordance with the Memorandum Opinion and Order filed concurrently

herewith,

          IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

of Social Security is reversed and the  matter is remanded to the Commissioner for further

proceedings consistent with the Memorandum Opinion.


          DATED:  September 14, 2011


                                        _____
                                        RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE