1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Patrick Duffey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DUFFEY, | ) Case No.: CV 10-6426 RZ |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($410.00) as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation.~~ to Plaintiff.

DATE: November 10, 2011

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Lawrence D. Rohlfing
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Patrick Duffey