Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patrick Duffey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DUFFEY, | Case No.: CV 10-6426 RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES |
| vs. | PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | U.S.C. § 1920 |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($410.00) as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation.~~ to Plaintiff.

DATE:  November 10, 2011

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ Lawrence D. Rohlfing
   _____

4  Lawrence D. Rohlfing
   Attorney for plaintiff Patrick Duffey